Jessica Walsh, Esq. SBN 289507
TIIE MATIAN FIRM
55 Almaden Blvd., Ste 800
San Jose, CA 95113
Telephone: (408) 516-1208
Facsimile: (408) 516-1209
jessicawalsh@matianlegal.com

Attorney for Defendant
LUIS RAMON RODRJQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 5:22-CR-00053-EJD |
| Plaintiff, | ) |
| v. | ) DEFENDANTS SENTENCING MEMORANDUM |
| LUIS RAMON RODRIGUEZ, | ) Date: August 28, 2025 |
| Defendant, | ) Time: 1:30 pm |
| | ) Court: Hon. Edward J. Davila |

Defendant Luis Ramon Rodriguez, through his attorney of record, Jessica Walsh, respectfully submits this sentencing memorandum in advance of his sentencing hearing.

Mr. Rodriguez confirms the accuracy of the biographical information contained in the Presentence Investigation Report. The defense position is that Mr. Rodriguez has satisfied all required prongs of cooperation and has provided substantial assistance to the Government, thereby asking the court to take this into consideration when imposing sentence.

DEFENDANTS SENTENCING MEMORANDUM

Unfortunately, Mr. Rodriguez's poor decision making led to his involvement in the instant case. He is remorseful for his involvement. He is prepared to accept responsibility for his actions and understands there are severe consequences.

Mr. Rodriguez is a dedicated family man who has the full support of his family. His children are the most important thing to him. He is proud of his role as father and looks forward to being reunited with his family and helping care for his younger children, both of whom have autism and require support services and extra care. He has been a constant presence in all of his children's lives and takes the responsibility of fatherhood very seriously. Letters of support from family members echoing this sentiment have been included for the court's review.

While incarcerated, Mr. Rodriguez has been extremely proactive in his attempts to better himself and prepare himself for life after incarceration- both personally and professionally. He has taken substance abuse classes, occupational classes, worked jobs at the jail and most notably, completed the Laborers Local Union 304 program. His intent is to gain employment with a Union upon his release so that he can begin rebuilding his life and support his children.

Mr. Rodriguez bas pied guilty and is willing to accept full responsibility for bis involvement in this case. He understands he will be sentenced for his role and is willing to accept responsibility and the sentence handed down. He understands the gravity of the situation and has vowed to learn from his mistakes and is committed to making better decisions and positive choices moving forward. The defense respectfully requests the court consider a sentence of time served for Mr. Rodriguez.

Respectfully submitted,

Dated: August 21, 2025

/s/
JESSICA WALSH
Counsel for Defendant Luis Ramon Rodriguez

DEFENDANTS SENTENCING MEMORANDUM

# EXHIBIT

Fernando Gonzalez
3126 Capewood Lane
San Jose, CA 95132
gonzalezferadi@gmail.com
408-802-7328

July 28, 2025
Dear Honorable: Edward J Davila
Superior Court of California - Santa Clara County
280 South is[1] Street RM 2112
San Jose, CA 95113

My name is Fernando Gonzalez, and I'm writing this letter respectfully in strong support of Luis Rodriguez, my brother-in-law. I have known Luis for the past 20 years, and it's my sincere belief that he is a good human being. I respectfully ask you to please consider his true character as you determine his sentencing.

Over the two decades I have known Luis, he has consistently shown qualities of responsibility, compassion, and a genuine commitment to those he cares about. I have personally experienced his unwavering support during challenging times. For instance, when I was hospitalized, Luis stepped up without hesitation, taking over my duties at home to me sure everything was managed in my absence. This act of selflessness and reliability speaks volumes about his character. Similarly, during a period of unemployment for my wife and I, Luis generously provided groceries for our household, demonstrating his deep empathy and willingness to help those in need.

Beyond these personal experiences, I know Luis deeply loves his children. He is truly committed to them, and I believe his role as a father is a significant part of who he is. He understands the profound responsibility that comes with being a parent.
Luis is fully aware of the seriousness of his offense and has had ample time to reflect on his actions and their consequences. He acknowledges his wrongdoing, expresses remorse, and genuinely wants to be a productive part of society again. I believe he has learned from his mistakes and is committed to making positive changes in his life moving forward.

I trust that you will consider Luis long-standing character, his remorse, his dedication to his family, and his desire for rehabilitation as you weigh all factors in his sentencing. I believe in his capacity to learn and grow from this experience and to contribute positively to the community.

Thank you for your time and consideration of this letter.


Sincerely,

Fernando Gonzalez

**Angie Rodriguez**
195 N. 34thSt.
San Jose, CA, 95116
408-712-2983
correarodriguez.angie@gmail.com
7/25/2025

Dear Honorable: Edward J Davila

My name is Angie Rodriguez, and I am writing to you on behalf of my uncle, Luis Rodriguez. I am currently a project manager by profession, and I have had the privilege of knowing my uncle
for all my 32 years of life-not just as a relative, but as someone I have looked up to for his suppo1t, kindness, and consistent effo1ts to care for those around him.
As an only child, he always made sure I felt loved, seen, and heard. He was always warmhearted whose biggest goal was to make sme his family was provided for and happy. Tn times of need, he was the first person any family member would call. Not only was he our provider and our backbone but also, our shoulder to cry on. Despite battling his own issues, he was the most comfo1ting and never avoided a phone call. I always knew I could count on him for anything.
My uncle always encouraged everyone to be the best version of themselves. Conversations with him were never surface level, but deep and poetic. He was all about breaking generational curses, protecting your own peace and building a better life for your loved ones. I owe so many of my morals and standards to him. He taught me how to be a great mom, a better daughter, and a better person overall by always teaching me to lead with love and not with ego.
While his past has led him down a path that resulted in serious consequences, I truly believe those decisions were shaped by a lack of healthy coping mechanisms rather than a lack of character.
My uncle has made mistakes, and he understands the gravity of those mistakes. However, I ask that you see the man behind the case-a person who, despite his flaws, has a good heart and the potential for change. He is not someone who took p1ide in what happened. He is someone who, I believe, would welcome the opportunity to reflect, grow, and return to his role as a supportive father, uncle, and brother.
Thank you for your time and for considering this letter.
Respectfully,

**Angie Rodriguez**

Natalie Rodriguez

July 28, 2025
Dear Honorable: Edward J Davila

Superior Court of California-Santa Clara County

My name is Natalie Rodriguez, and I am the oldest of five children of Luis Ramon Rodriguez. I am writing this Jetter with respect and sincerity to share my perspective as his daughter and to ask for your understanding as you consider h.is case.

My dad has always been a loving and positive father to his kids. Even though my parents are divorced, he never failed to be there for us when he could. He's genuine, protective, funny, and caring. He always has a way of making everyone around him feel loved and safe. He always puts a smile on my face and brings joy to our family.

The past three years without my dad have been very difficult for all of us. Personally, I miss our conversations and the laughter we shared. I am now 21 and independent, but for my younger siblings, it has been even harder. Two of my younger brothers have autism, and his absence has created stress on our fam.ily in ways that are hard to put into words. 1 know my dad wishes he could have been there to help.

During this time, I have seen real change in my father through our conversations. He has expressed deep remorse for his m.istakes and has taken steps to better himself. He completed many classes, graduated from a program in jail called Laborers Local Union 304, and even works while incarcerated. He is very determined to build a better future. He often shares his goals with me- he wants to come home, work in the union field, and provide for his kids. Most importantly, he wants to make up for the lost time and be Lhe father we need.

I am extremely proud of the progress my dad has made. When he was taken away, I was a minor and couldn't do much. Now that I am older and independent, I am committed to being there for him when he returns. I will suppo1t him in eve1y way I can, encourage him to stay on track, and make sure he has the family foundation he needs to succeed.

Thank you for taking the time to read my letter and for considering my words. I trnly believe my dad deserves the chance to show the person he has become.

Sincerely,

Natalie Rodriguez

Luis Alberto Rodriguez

Dear Honorable: Edward J Davila

My name is Luis Alberto Rodriguez, and I'm writing this letter in support of my father, Luis Ramon Rodriguez. I'm 20 years old now, and I was still a minor when he was arrested three years ago. These last few years have been tough, but I've seen real growth in my dad, and I want to share what I've seen from my perspective as his son.

Before everything happened, my dad was always around. He showed up for me, and even though things weren't always perfect, I never questioned how much he loved his kids. He's always wanted the best for us and tried to do right by us. His absence has been hard, but we've stayed in touch the whole time, and I've watched him take his mistakes seriously and truly try to better himself.

While incarcerated, my dad has completed several programs, including parenting classes, and most notably, he graduated from the Laborers' Local Union 304. That's a huge step that gives him a real shot at stability and work once he's released. He also works while incarcerated. He's focused on building a better future, not just for himself, but for us too. He's not just saying he's changed, he's putting in the effort to prove it.

I don't live with my three younger brothers, we have different moms, but I know how much he cares about them. Two of them have autism, and that's made things difficult for their household. My dad often talks about wanting to be there for them in a way he hasn't been able to while incarcerated. I can hear the regret in his voice, but also the hope. He's committed to being better, to stepping up, and doing things right going forward.

He still supports me in any way he can from inside. He checks in, offers advice, and always reminds me to stay focused on the right path. That means a lot coming from him, and it shows me he's serious about being a good father, no matter what the circumstances.

I believe in second chances. I know my dad has made the most of his time to reflect, grow, and prepare for a better life after this. He's ready to come home and move forward in a positive way. I truly hope he's given that opportunity.

Thank you for taking the time to read this.

Sincerely,

Luis Rodriguez

Margarita Mendoza

710 W Valley Dr. #4

Campbell, CA 95008

Margiemendoza1121@gmail.com

408-594-4516

July 22, 2025

Dear Honorable: Edward J Davila

Superior Court of California -Santa Clara County

280 South 1st Street RM 2112

San Jose, CA 95113

I am writing this letter to respectfully offer a character reference on behalf of Luis R Rodriquez who is currently incarcerated at Elmwood Correctional Facility Milpitas, CA.

I had the pleasure of knowing Luis since 2019 and have always regarded him as a person of integrity, responsibility, and deep potential.

I am aware of the charges and the sentence imposed and I do not intend to excuse the actions that led to his imprisonment. However, I believe its important to provide a fuller picture of who Luis is outside of this chapter of his life.

I met Luis through his sister Adriana Rodriquez, whom I work with at Stanford Health Care. Before Luis was incarcerated, he had a thriving career in engineering, working hard, a loving, devoted father taking care of his children. Luis has always demonstrated qualities such as honesty, loyalty, and a strong work ethic. He was outgoing, happy, enthusiastic about life and pursuing advancement in his career. Even during incarceration, I understand that he has taken steps toward personal growth, such as Spiritual, Parenting, substance abuse, local 304 training development.

I genuinely believe that Luis is remorseful and eager to make amends. He has expressed to me a sincere desire to rebuild his life, and contribute positively to society, and avoid the mistakes of the past. I am confident that given the opportunity, Luis will make the most of it and demonstrate that this chapter does not define who he truly is.

Thank you for taking the time to read this letter. I hope that it provides some insight of the character and potential that Luis has.

Please feel free to contact me if you have any additional questions.

Sincerely,

Margarita Mendoza